IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Guzman, Augustina

Printed: 12/10/08

Case Number: 07 B 21297
Judge: Hollis, Pamela S
Filed: 11/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 8, 2008
Confirmed: January 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,800.00 |  |
| Secured: |  | 319.78 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,313.38 |
| Trustee Fee: |  | 166.84 |
| Other Funds: |  | 0.00 |
| Totals: | 2,800.00 | 2,800.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,510.50 | 2,313.38 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Citizens Financial Services | Secured | 3,648.81 | 200.00 |
| 4. | City Of Chicago | Secured | 500.00 | 119.78 |
| 5. | Countrywide Home Loans Inc. | Secured | 7,407.97 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 561.59 | 0.00 |
| 7. | Nationwide Acceptance Corp | Unsecured | 152.90 | 0.00 |
| 8. | Corporate America Family CU | Unsecured | 232.50 | 0.00 |
| 9. | Citizens Financial Services | Unsecured | 817.76 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 991.38 | 0.00 |
| 11. | American General Finance | Secured |  | No Claim Filed |
| 12. | AFNI | Unsecured |  | No Claim Filed |
| 13. | American General Finance | Unsecured |  | No Claim Filed |
| 14. | Premium Asset Recovery Corp | Unsecured |  | No Claim Filed |
| 15. | Professional Account Management | Unsecured |  | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 17. | Superior Asset Management | Unsecured |  | No Claim Filed |
| 18. | Cingular Wireless | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,823.41 | $ 2,633.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 75.60 |
| 6.5% | 88.06 |
| 6.6% | 3.18 |
|  | $ 166.84 |

Case 07-21297    Doc 28    Filed 12/10/08    Entered 12/10/08 11:48:50    Desc    Page 2 of 2
Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Guzman, Augustina | Case Number:  07 B 21297 |
| | Judge:  Hollis, Pamela S |
| Printed: 12/10/08 | Filed:  11/14/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                               Marilyn O. Marshall, Trustee, by:

